IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

VICTOR GARCIA                                                                    PLAINTIFF

v.                                    No. 4:23-cv-228-DPM

BROCKMAN, Sgt., Faulkner
County Detention Center;
HUFFMAN, Captain, Faulkner
County Detention Center; SCOTT,
Lt., Faulkner County Detention
Center; TIM RYALS; and DOES,
Captain, "John" and "Jane,"
Faulkner County Detention Center                                           DEFENDANTS

## JUDGMENT

Garcia's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 May 2023